UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENT G. SHULTZ,

    Plaintiff,

v.                                                      Case No. 1:89-cv-812
                                                            HON. GORDON J. QUIST

H. GARY WELLS, et al.,

    Defendants.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Docket #154) is approved and adopted as the opinion of the Court.

2. Plaintiff's motion to terminate injunction (Docket #152) is GRANTED and the injunction entered by the Court in this case is TERMINATED.


Dated: November 4, 2005                                       /s/ Gordon J. Quist
                                                                          GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE